UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                           Case No. 8:25-cr-00005-WFJ-CPT

PETE SUPAN,

    Defendant.
_____/

### DEFENDANT PETE SUPAN'S SENTENCING MEMORANDUM

The Defendant, **PETE SUPAN** ("Supan"), by and through undersigned counsel and pursuant to 18 U.S.C. § 3553(a), hereby files this sentencing memorandum and moves this Honorable Court to impose the minimum sentence that can be imposed by law.

1. On January 7, 2025 Mr. Supan was charged by a two-count indictment with Coercion and Enticement of a Minor to Engage in Sexual Activity and Production of Child Pornography, all in violation of 18 U.S.C. 2422(b) and 18 U.S.C 2251 (a) and (e) respectively.

2. On October 7, 2025, Mr. Supan entered a guilty plea to the two count Indictment before United States Magistrate Judge Christopher P. Tuite without the benefit of a written plea agreement.

3. The Presentence Investigation Report was prepared by the United States Probation Office on or about December 12, 2025.

## Introduction

### A. The Nature of the Offense

The investigation of Mr. Supan was triggered when an adult female, V.G., mother of 13 year old female M.G., contacted the Springville Utah Police Department to report that she had discovered that M.G. had been engaging in sexually explicit conversations with an adult male and had sent nude photos of herself to the same adult male via accounts with Reddit and Discord. Investigators later traced the chat and pictures to Mr. Supan user account. Law Enforcement in the State of Florida subsequently prepared and executed a search warrant on Mr. Supan. Pursuant to an interview conducted during the execution of said search warrant Mr. Supan admitted that he knew M.G. was a minor, that he did engage in conversations of a sexual nature with her and did receive nude images from her. Additionally, Mr. Supan identified the specific device for Law Enforcement where these communications took place. It appears that Mr. Supan received 4 pictures in all from M.G., three of which can be characterized as nude images in some form or another.

### B. Mitigation

Mr. Supan, as previously stated, was extremely cooperative when confronted by Law Enforcement in all respects and provided what amounted to a full confession of the crimes for which he has been convicted. This situation could have been made worse if more nude pictures were sent to Mr. Supan other than the 4 he solicited. He, to this point, had never engaged in communication of this nature to a minor. Attached are several letters from his family speaking to his good character and empathy towards others. As is evident from his statement to the

probation officer and his anticipated elocution to This Court Mr. Supan has fully accepted responsibility for his actions and is extremely remorseful. From a young age he has struggled with depression and anxiety issues and has at times engaged in suicidal ideation. He has since recognized that he also has a sexual addiction and has received consistent counselling, psychiatric therapy and has been attending programs to this end since his arrest on these charges. Please find attached the Forensic Mental Health Evaluation prepared by Dr. Mark Ruiz identifying Mr. Supan as having a low risk to reoffend as well as an evaluation report from his current counsellor Jenny Upton with Eagle's Wings Counselling Center.

### C.  Sentencing Guidelines and Recommendations

Count one carries a mandatory minimum prison sentence of 10 years with the maximum sentence being life in prison. On Count two there is a 15 year minimum mandatory sentence and the maximum penalty is 30 years in prison. [18 U.S.C. § 2422(b) and 18 U.S.C. §2251(a) and (e)]. While I have been unable to locate any case law or legal authority to argue that these minimum mandatory sentences can be waived by This Court, I would like to outline some points for The Government's consideration before a sentence is imposed in this case. Mr. Supan has no prior criminal history and was cooperative with Law Enforcement and, indeed, would gladly work with The Government to offer cooperation in this matter that could lead to additional arrests. Also, although restitution is required in this case, Mr. Supan's ability to pay restitution is obviously hindered by a sentence of 15 years in prison or upward. It is clear that he has made great strides in his efforts toward rehabilitation for his sexual and substance abuse addictions and will continue to do that with the help of the mental health professionals that he has surrounded himself with. The Defendant respectfully requests that he be sentenced to the minimum sentence

allowable by law, and that the sentence run concurrent as to both counts with whatever terms and conditions of supervised release that are mandated or that The Court feels is appropriate.

Respectfully submitted,

/s/ Blair Jackson
BLAIR JACKSON, Esquire
Florida Bar No.: 912956
600 Cleveland Street, Suite 1100
Clearwater, Florida 33755-4101
Office: (727) 897-5413
Email: blair@tampadefenseattorney.com